UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMALL S. BAKER, | CASE NO. 2:21-cv-00361-MJP-JRC |
| Plaintiff, | ORDER ADOPTING REPORT AND RECOMMENDATION |
| v. | |
| TAMMY O'REILLY, et al., | |
| Defendant. | |

The Court, having reviewed the report and recommendation of Chief Magistrate Judge J. Richard Creatura, objections to the report and recommendation, if any, and the remaining record, does hereby find and **ORDER**:

(1) The Court ADOPTS the report and recommendation.

(2) Plaintiff's motion to dismiss defendants (Dkt. 95) is GRANTED.

(3) Defendants Lori Schneider and Wallace LaFleur are TERMINATED from this case without prejudice.

(4) The Clerk is directed to send copies of this order to plaintiff, counsel for defendants, and to the Hon. J. Richard Creatura.

Dated July 27, 2022.

Marsha J. Pechman
United States Senior District Judge