UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMALL S. BAKER,<br><br>               Plaintiff,<br><br>   v.<br><br>TAMMY O'REILLY, et al.,<br><br>               Defendants. | CASE NO. C21-361 MJP<br><br>ORDER APPOINTING COUNSEL |

The Court hereby appoints Tania Sethi of Byrnes Keller Cromwell LLP, 1000 Second Avenue, 38th Floor, Seattle, WA 98104 | (206) 622-2000 | tsethi@byrneskeller.com to represent Plaintiff as counsel pursuant to the "Plan and Rules of the United States District Court for the Western District of Washington at Seattle for the Representation of Pro Se Litigants." Ms. Sethi is appointed for all further proceedings. (See Order on Motion to Appoint Counsel (Dkt. No. 208).)

\\

\\

ORDER APPOINTING COUNSEL - 1

1  The clerk is ordered to provide copies of this order to Plaintiff and all counsel.

2  Dated June 3, 2024.

*[signature]*

Marsha J. Pechman
United States Senior District Judge