UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMALL S. BAKER,<br><br>                    Plaintiff,<br><br>          v.<br><br>TAMMY O'REILLY, et al.,<br><br>                    Defendants. | CASE NO. C21-361 MJP<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

In light of the Court's Order on the Report and Recommendation and the appointment of pro bono counsel, the Court ORDERS the Parties to meet and confer to discuss the trial date and any interim deadlines the Parties wish to have scheduled, and to file a Joint Status Report reporting on the Parties' positions and requested dates and deadlines. The Parties are encouraged to reach agreement on the proposed deadlines and trial date, but they are free to present to the

MINUTE ORDER - 1

Court their opposing views in the Joint Status Report. The Parties must meet and confer and file the Joint Status Report within 14 days of entry of this Minute Order.

The clerk is ordered to provide copies of this order to all counsel.

Filed July 11, 2024.

Ravi Subramanian
Clerk of Court

s/Kathleen Albert
Deputy Clerk
