UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMALL S. BAKER, | CASE NO. C21-361 MJP |
| Plaintiff, | ORDER TERMINATING REFERRAL |
| v. | |
| TAMMY O'REILLY, et al., | |
| Defendants. | |

In light of the appointment of pro bono counsel and the establishment of a trial schedule, the Court hereby TERMINATES the referral to Magistrate Judge Leupold.

The clerk is ordered to provide copies of this order to all counsel and to Judge Leupold.

Dated August 13, 2024.

Marsha J. Pechman
United States Senior District Judge

ORDER TERMINATING REFERRAL - 1