UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMALL S. BAKER,

        Plaintiff,

v.

TAMMY O'REILLY, et al.,

        Defendants.

CASE NO. C21-361 MJP

ORDER GRANTING MOTION FOR ADR

    The Court issues this second Order on Plaintiff Jamall S. Baker's Motion for Alternative Dispute Resolution. (Dkt. No. 193.) Having reviewed the Motion, Defendants' Response (Dkt. No. 198), the Joint Status Report (Dkt. No. 221), and all supporting materials, the Court GRANTS Plaintiff's Motion for ADR.

    As the Parties indicate in their Joint Status Report, they are "open to all forms of ADR." (Dkt. No. 221 at 2.) Having since appointed pro bono counsel, the Court believes that the Parties may benefit from a settlement conference conducted by a Magistrate Judge in advance of trial. Magistrate Judge Theresa Fricke has indicated her willingness to conduct a settlement

1  conference for the benefit of the Parties and Court. The Court therefore APPOINTS Magistrate

2  Judge Fricke to conduct a settlement conference at a mutually-agreeable time before trial. Within

3  3 days of completing the settlement conference, the Parties are to file a joint status report

4  informing the Court of the results of the settlement conference.

5      The clerk is ordered to provide copies of this order to all counsel and Judge Fricke.

6      Dated August 15, 2024.

                          Marsha J. Pechman
                          United States Senior District Judge