DISTRICT JUDGE MARSHA J. PECHMAN

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| JAMALL S BAKER, | NO. 2:21-cv-00361-MJP-JRC |
| Plaintiff, | ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO AMEND THEIR ANSWER TO PLAINTIFF'S FIFTH AMENDED COMPLAINT |
| v. | |
| O'REILLY. et al., | |
| Defendants. | [PROPOSED] |

THIS MATTER having come regularly before the Court on Defendants' Unopposed Motion for Leave to Amend Their Answer to Plaintiff's Fifth Amended Complaint, and the Court being fully advised and having examined the records and files herein, does hereby find and **ORDER**:

1.      Defendants' Unopposed Motion for Leave to Amend Their Answer to Plaintiff's Fifth Amended Complaint is **GRANTED**.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

ORDER GRANTING DEFTS'
UNOPPOSED MOTION FOR LEAVE TO
AMEND THEIR ANSWER TO PLTF'S
FIFTH AMENDED COMPLAINT
NO. 2:21-cv-00361-MJP-JRC

1

ERROR! AUTOTEXT ENTRY NOT DEFINED.

2.      The Clerk shall send a copy of this Order to Plaintiff and counsel for Defendants.

DATED this 9th day of September, 2024.


MARSHA J. PECHMAN
United States District Judge

Submitted by:

ROBERT W. FERGUSON
Attorney General

s/ Aaron Williams
AARON WILLIAMS, WSBA #46044
Assistant Attorney General
Aaron.Williams@atg.wa.gov

ORDER GRANTING DEFTS'
UNOPPOSED MOTION FOR LEAVE TO
AMEND THEIR ANSWER TO PLTF'S
FIFTH AMENDED COMPLAINT
NO. 2:21-cv-00361-MJP-JRC

2

**ERROR! AUTOTEXT ENTRY NOT DEFINED.**