UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMALL S. BAKER,<br><br>    Plaintiff,<br><br>v.<br><br>TAMMY O'REILLY, et al.,<br><br>    Defendants. | CASE NO. C21-361 MJP<br><br>ORDER DENYING MOTION FOR LEAVE TO FILE OVERLENGTH MOTION |

This matter comes before the Court on Defendants' Motion to File Overlength Brief. (Dkt. No. 244.) Defendants seek an addition 1,050 words to file a motion for reconsideration of the Court's Order on their Motion for Partial Summary Judgment. Defendants justify this request on the theory that the Court "inadvertently overlooked LCR 7(g)(4), which permits the Court to order a response to a surreply motion" and therefore they should have additional space in which to seek reconsideration. (Mot. at 1.) Defendants are wrong—the Court overlooked nothing. Local Civil Rule 7(g)(4) states: "No response [to a surreply] shall be filed unless requested by the court." Here, the Court believed no response was necessary or appropriate, particularly since the

surreply raised an issue that did not affect the outcome of the merits of Defendants' Motion for Partial Summary Judgment. Defendants are entitled to move for reconsideration, but they must do so within the word limits set forth in the Local Civil Rules. Defendants should also heed the fact that motions for reconsideration are disfavored. LCR 7(h)(1). For these reasons the Court DENIES the Motion.

The clerk is ordered to provide copies of this order to all counsel.

Dated January 28, 2025.

Marsha J. Pechman
United States Senior District Judge