1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10

JAMALL S. BAKER,

CASE NO. C21-361 MJP

11

Plaintiff,

ORDER DENYING STIPULATED
MOTION TO CONTINUE

12

v.

13

TAMMY O'REILLY, et al.,

14

Defendants.

15

16    This matter comes before the Court on the Parties' Stipulated Motion to Continue Trial

17  Date and Related Dates. (Dkt. No. 248.) Having reviewed the Motion and all supporting

18  materials, the Court DENIES the Motion.

19    The Parties ask the Court to extend the trial date and remaining pretrial deadlines by

20  approximately three months. They also ask the Court to extend three deadlines that have

21  expired—the discovery deadline, discovery motion deadline, and dispositive motion deadline.

22  The Parties claim that the Court's Order on Defendants' Motion for Partial Summary Judgment

23

24

1   has "significantly affect[ed] the parties' trial preparations, prospects of settlement, and need for

2   limited additional discovery." (Mot. at 1.)

3       The Parties have failed to demonstrate good cause to support any of the requested

4   extensions. First, the Parties have not explained why or how the Court's Order on Defendants'

5   Motion for Partial Summary Judgment has affected the trial preparations or why they cannot be

6   ready to try this matter on March 17, 2025. From the Court's perspective, the Order merely

7   provided guidance on what damages are available, and it did not expand or diminish the issues to

8   be tried. As such, the Court does not find the Order alone to merit any extension of the case

9   deadlines. Second, the Parties have not explained what "limited additional discovery" they wish

10  to conduct and why it could not have been completed in the deadlines that the Court set. The

11  Court sees no reason to permit additional discovery without further specificity from the Parties.

12  Third, the Parties have not explained why the Court should set yet another dispositive motion

13  deadline and what issues should be briefed that could not already have been raised before the

14  deadline the Court set expired on November 18, 2024.

15      On the record before it, the Court finds a lack of good cause to extend the case schedule.

16  The Court DENIES the Motion. The Court's denial is without prejudice to a renewed motion that

17  addresses the Court's concerns and sets forth good cause. Additionally, the Parties should be

18  aware that the Court will need to move the trial date to March 24, 2025 to accommodate a

19  scheduling conflict. The Court accordingly EXTENDS the trial date from March 17, 2025 to

20  March 24, 2025. All other deadlines shall remain unchanged.

21  \\

22  \\

23  \\

24

ORDER DENYING STIPULATED MOTION TO CONTINUE - 2

1          The clerk is ordered to provide copies of this order to all counsel.

2          Dated February 6, 2025.

3

4                                                        Marsha J. Pechman
                                                         United States Senior District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER DENYING STIPULATED MOTION TO CONTINUE - 3