DISTRICT JUDGE MARSHA J. PECHMAN

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| JAMALL S BAKER,<br><br>                Plaintiff,<br><br>  v.<br><br>TAMMY O'REILLY, et al.,<br><br>                Defendants. | NO. 2:21-cv-00361-MJP<br><br>ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE AND RELATED DATES<br><s>(PROPOSED)</s> |

This matter comes before the Court on the parties' stipulated motion to continue the trial date and related dates. Having reviewed the motion and remainder of the file, the Court finds good cause to continue the trial date and related dates. Accordingly, the motion is **GRANTED**. The trial date and related dates are modified as follows:

| CASE EVENT | CURRENT DATE | NEW DATE |
|---|---|---|
| JURY TRIAL DATE | March 24, 2025 | June 23, 2025 |
| All motions related to discovery must be filed by and noted on the motion calendar on the third Friday thereafter (*see* CR7(d)) | September 18, 2024 | April 18, 2025 |
| Discovery completed by | October 18, 2024 | April 11, 2025 |

| | | |
|---|---|---|
| All motions in limine must be filed by and noted on the motion calendar no earlier than the third Friday thereafter and no later than the Friday before the pretrial conference | February 10, 2025 | May 19, 2025 |
| Agreed pretrial order due | March 4, 2025 | June 9, 2025 |
| Trial briefs, proposed voir dire questions, and proposed jury instructions | March 4, 2025 | June 9, 2025 |
| Pretrial conference | March 6, 2025 at 01:30 PM | June 17, 2025 at 01:30 PM |
| Length of Jury Trial | 5 Days | 5 Days |

DATED this 10th day of February, 2025.

MARSHA J. PECHMAN
United States Senior District Judge

Submitted by:

NICHOLAS W. BROWN
Attorney General

s/ Aaron Williams
AARON WILLIAMS, WSBA #46044
Assistant Attorney General
Attorney for Defendants

BYRNES KELLER CROMWELL LLP

s/ Tania Sethi Kamjula
TANIA SETHI KAMJULA, WSBA #61732
Attorney for Plaintiff

ORDER GRANTING STIPULATED
MOTION TO CONTINUE TRIAL DATE
AND RELATED DATES
(PROPOSED)
NO. 2:21-cv-00361-MJP

2

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
PO Box 40116
Olympia, WA 98504-0116
(360) 586-1445