DISTRICT JUDGE MARSHA J. PECHMAN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JAMALL S BAKER,<br><br>              Plaintiff,<br><br>   v.<br><br>TAMMY O'REILLY, et al.,<br><br>             Defendants. | NO. 2:21-cv-00361-MJP<br><br>ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO MODIFY DEADLINES FOR DISCOVERY COMPLETION AND DISCOVERY MOTIONS |

This matter comes before the Court on the Defendants' unopposed motion to modify deadlines for discovery completion and discovery motions. Having reviewed the motion and remainder of the file, the Court finds good cause to modify deadlines for discovery completion and discovery motions. Accordingly, the motion is **GRANTED**. The deadlines for discovery completion and discovery motions are modified as follows:

| CASE EVENT | CURRENT DATE | NEW DATE |
|---|---|---|
| JURY TRIAL DATE | June 23, 2025 | No change |
| All motions related to discovery must be filed by and noted on the motion calendar on the third Friday thereafter (*see* CR7(d)) | April 18, 2025 | April 22, 2025 |
| Discovery completed by | April 11, 2025 | April 15, 2025 |

ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO MODIFY DEADLINES FOR DISCOVERY COMPLETION AND DISCOVERY MOTIONS (PROPOSED)
NO. 2:21-cv-00361-MJP

1

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
PO Box 40116
Olympia, WA 98504-0116
(360) 586-1445

| | | |
|---|---|---|
| All motions in limine must be filed by and noted on the motion calendar no earlier than the third Friday thereafter and no later than the Friday before the pretrial conference | May 19, 2025 | No change |
| Agreed pretrial order due | June 9, 2025 | No change |
| Trial briefs, proposed voir dire questions, and proposed jury instructions | June 9, 2025 | No change |
| Pretrial conference | June 17, 2025 at 01:30 PM | No change |
| Length of Jury Trial | 5 Days | No change |

DATED this 8th day of April, 2025.

*[signature]*

MARSHA J. PECHMAN
United States Senior District Judge

Submitted by:

NICHOLAS W. BROWN
Attorney General

s/ Aaron Williams
AARON WILLIAMS, WSBA #46044
Assistant Attorney General
Attorney for Defendants

Stipulated to by:

BYRNES KELLER CROMWELL LLP

s/ Tania Sethi Kamjula
TANIA SETHI KAMJULA, WSBA #61732
Attorney for Plaintiff

ORDER GRANTING DEFENDANTS'
UNOPPOSED MOTION TO MODIFY
DEADLINES FOR DISCOVERY
COMPLETION AND DISCOVERY MOTIONS
(PROPOSED)
NO. 2:21-cv-00361-MJP

2

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
PO Box 40116
Olympia, WA 98504-0116
(360) 586-1445