The Honorable Marsha J. Pechman
Trial Date: June 23, 2025

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMALL S. BAKER,<br><br>                          Plaintiff,<br><br>    v.<br><br>TAMMY O'REILLY, et al.,<br><br>                         Defendants. | NO: 2:21-cv-00361-MJP<br><br>DECLARATION OF TANIA SETHI KAMJULA IN SUPPORT OF PLAINTIFF'S FEE REQUEST |

I, Tania Sethi Kamjula, declare as follows:

1.    I am over the age of 18, of sound mind, and otherwise competent to make this declaration.

2.    I have personal knowledge of the facts stated in this declaration based on my experience, training, education, personal involvement as counsel for Plaintiff Jamall S. Baker.

3.    I am an attorney licensed to practice law in Texas since 2017 and Washington since 2023. I currently practice as an associate attorney with the firm of Byrnes Keller Cromwell LLP ("BKC") in Seattle, Washington. Since I began practicing law in 2017, I have primarily been engaged in litigation matters in various jury and non-jury civil trials in federal and state courts, and final hearings before administrative law judges and immigration court judges. I have also served as appellate counsel before the Court of Appeals for the Fifth District of Texas at Dallas,

DECLARATION OF TANIA SETHI KAMJULA
ISO PLAINTIFF'S FEE REQUEST (NO. 2:21-cv-00361-MJP) - 1

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

1 the Court of Appeals for the Sixth District of Texas at Texarkana, and the Court of Appeals for
2 the State of Washington Division I.

3    4.    I have been primarily responsible for handling this matter since June 2024 and have
4 reviewed all attorneys' fees and expenses in this matter. A true and correct redacted copy of
5 Plaintiff's fee report is attached as **Exhibit 1**. Highlighted in pink are the fees and costs incurred
6 in connection with Plaintiff's Motion for Sanctions.

7    5.    For the reasons explained below, it is my opinion that $41,000.00 is a reasonable
8 and necessary amount of attorneys' fees and expenses incurred in connection with Plaintiff's
9 Motion for Sanctions.

10 **A.    The Hourly Rates are Reasonable.**

11    6.    I am familiar with the reasonable and customary rates charged for services on
12 litigation matters in Washington, the Western District of Washington, and Seattle. I am also
13 familiar with the reasonable and customary rates for services and awards of attorneys' fees in cases
14 where the spoliation of evidence has occurred.

15    7.    The rates charged in this case are based upon the experience, reputation, and ability
16 of the attorneys and paralegals performing the services and the amount in controversy. The billing
17 attorney's CVs can be found at www.byrneskeller.com.

18    8.    The hourly rate I charged for this matter is $335.00, the hourly rate the partners
19 charged for this matter ranged from $550.00 to $625.00, and the hourly rate the paralegals charged
20 for this matter is $195.00.

21    9.    Based on the nature of this case and the billing attorneys' and paralegals'
22 experience, it is my opinion that the hourly rates in paragraph 8 are reasonable for similar work
23 done in the Western District of Washington and, more specifically, Seattle, Washington.

DECLARATION OF TANIA SETHI KAMJULA
ISO PLAINTIFF'S FEE REQUEST (NO. 2:21-cv-00361-MJP) - 2

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

**B. The Hours Billed are Reasonable and Necessary.**

10. I am familiar with the reasonable and customary hours worked for services on litigation matters in Washington, the Western District of Washington, and Seattle. I am also familiar with the reasonable and customary hours worked for services and awards of attorneys' fees in cases where the spoliation of evidence has occurred.

11. BKC billed by 1/10th of an hour for various legal work. BKC normally did not bill for multiple-attorney conferences or duplication of efforts by multiple attorneys and used paralegals and associates to perform substantive legal work when available.

12. The hours worked in this case are based upon the amount in controversy and the experience, reputation, and ability of the attorney and paralegal performing the services. The issues presented in bringing the motion for sanctions are complex and unique. There is limited controlling authority and guidance on the issues related to a prisoner's litigation against correctional employees and the independent responsibilities of correctional employees distinct from the Department of Corrections.

13. Between March 31, 2025 and June 3, 2025, BKC reasonably and necessarily billed 114.6 hours on this matter, including 82.1 hours by me, 7.2 hours by the partners, and 29 hours by the paralegals.

14. Since June 3, 2025, BKC has done additional work on this matter specifically related to this fee request. As of June 16, 2025, BKC reasonably and necessarily billed approximately an additional $2,700.00 on this matter, including five hours billed by me at $335.00 per hour, one hour billed by a partner at $625.00 per hour, and two hours billed by a paralegal at $195.00 per hour.

15. Based on the nature of the work performed and the hours billed by the attorneys and paralegals, it is my opinion that the hours in paragraphs 13 and 14 are customary, reasonable, and necessary for similar work done in the Western District of Washington and, more specifically, Seattle, Washington.

DECLARATION OF TANIA SETHI KAMJULA
ISO PLAINTIFF'S FEE REQUEST (NO. 2:21-cv-00361-MJP) - 3

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

1  I declare under penalty of perjury under the laws of the State of Washington and the
2  United States that the foregoing is true and correct.
3  DATED this 16th day of June, 2025, at Seattle Washington.

/s/ Tania Sethi Kamjula
Tania Sethi Kamjula, WSBA #61732

DECLARATION OF TANIA SETHI KAMJULA
ISO PLAINTIFF'S FEE REQUEST (NO. 2:21-cv-00361-MJP) - 4

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

**CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on the 16th day of June, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel on record in the matter.

/s/ Tania S. Kamjula
Tania S. Kamjula, WSBA # 61732

DECLARATION OF TANIA SETHI KAMJULA
ISO PLAINTIFF'S FEE REQUEST (NO. 2:21-cv-00361-MJP) - 5

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

# EXHIBIT 1

Tab 3 Detail Work-In-Process Report
BYRNES KELLER CROMWELL LLP

| | | | |
|---|---|---|---|
| Client: 2221.0001Z BAKER/JAMALL S. | | BAKER/JAMALL S. | Contact: JAMALL S. BAKER |
| RE: JAMALL S. BAKER V. SERGEANT HOPKINS, SERGEANT PALMER, OFFICER | | | OFFICER TAMMY O'REILLY, MELINDA TUGGL |
| Primary Timekeeper: 6 TSK　Category: 1 GENERAL LITIGATION | | | NURSE JOAN JEGGAR |
| Secondary Timekeeper: 6 TSK　Draft Template: NOBILL　Rate Code: 6 | | | |
| Originating Timekeeper: 6 TSK　Final Template: NOBILL　Date Opened: 06/03/2024 | | | |
| Previous Balance: 0.00 | | | |

| Date | Tkpr | Tcode | Ref # | Rate | Units | Hours Worked | Hours to Bill | Amount | Description |
|---|---|---|---|---|---|---|---|---|---|
| **Fees** | | | | | | | | | |
| 05/30/2025 | 2 BSK | 99 | 306 | 625.00 | | 2.50 | 2.50 | 1,562.50 | conference Kamjula regarding sanctions motion ▓▓▓ (.3); review email from court regarding questions regarding pending sanctions motion ▓▓▓ (.4). |
| 06/02/2025 | 2 BSK | 99 | 326 | 625.00 | | 1.40 | 1.40 | 875.00 | Review all pleadings regarding pending sanctions motion (.7); ▓▓▓ regarding sanctions motion hearing (.7). |
| 06/03/2025 | 2 BSK | 99 | 327 | 625.00 | | 1.50 | 1.50 | 937.50 | Monitor hearing regarding sanctions motion (1.2); follow-up emails ▓▓▓ (.3). |
| 06/04/2025 | 2 BSK | 99 | 328 | 625.00 | | 0.80 | 0.80 | 500.00 | Multiple emails to/from Petrak and Kamjula regarding ▓▓▓ |
| Billable Total: | | 2 BRADLEY S. KELLER | | | | 6.20 | 6.20 | 3,875.00 | |
| 03/02/2025 | 6 TSK | 25 | 178 | 335.00 | | 4.70 | 4.70 | 1,574.50 | Review Defendants' supplemental production of grievances and draft memo re outstanding discovery from Defendants. |
| 03/03/2025 | 6 TSK | 25 | 177 | 335.00 | | 1.00 | 1.00 | 335.00 | Emails with Williams re deposition of Weiskopf and other witnesses (.1); strategize ▓▓▓ (.4); review ▓▓▓ (.2); review additional documents to supplement Plaintiff's production (.3). |
| 03/04/2025 | 6 TSK | 25 | 180 | 335.00 | | 2.20 | 2.20 | 737.00 | Confer with Williams re depositions (.8); review ▓▓▓ (.3); prepare supplemental documents for production (.4); call with client re ▓▓▓ (.4); confer with Petrak re ▓▓▓ (.3). |
| 03/05/2025 | 6 TSK | 25 | 181 | 335.00 | | 0.30 | 0.30 | 100.50 | Emails with Williams re discovery deficiency and depositions. |
| 03/06/2025 | 6 TSK | 25 | 186 | 335.00 | | 1.20 | 1.20 | 402.00 | Emails with Meyonka re ▓▓▓ (.9); email Sandusky and Russell re ▓▓▓ (.1); review emails from DOC re public records request (.2). |
| 03/07/2025 | 6 TSK | 25 | 182 | 335.00 | | 2.20 | 2.20 | 737.00 | Confer with AG's office re depositions (.7); draft letter to client re ▓▓▓ (1.3); confer with Sandusky re ▓▓▓ (.1); confer with Russell and Sandusky re ▓▓▓ (.1). |
| 03/10/2025 | 6 TSK | 25 | 183 | 335.00 | | 12.60 | 12.60 | 4,221.00 | Emails with Williams re discovery negotiations, agreements, and supplementation and Defendants' statutory obligations to pay attorneys' fees (5.5); evaluate ▓▓▓ (1.0); emails with Sandusky re ▓▓▓ (.2); amend discovery responses and prepare additional documents for production (5.0); email AG's office for infraction documents missing from production but identified as produced (.1); email MCC re preapproval for client to attend in-person depositions at MCC and preapproval for client to appear virtually for Zoom depositions (.8). |
| 03/11/2025 | 6 TSK | 25 | 185 | 335.00 | | 9.80 | 9.80 | 3,283.00 | Review DOC policies and ninth circuit authority re ▓▓▓ (.4); email MCC re request to move depositions from WSR to VR (.2); confer with Savage re ▓▓▓ (.2); confer with Sanduskry re ▓▓▓ (1.0); email pro bono coordinator Nero re ▓▓▓ (.2); draft detailed letter to client re ▓▓▓ (2.0); review defendants' discovery responses and production notes and draft deposition questions, subpoenaes duces tecum, and discovery requests (4.5); phone call with client re ▓▓▓ (.3); review supplemental documents produced in response public records request (1.0). |
| 03/12/2025 | 6 TSK | 25 | 191 | 335.00 | | 10.60 | 10.60 | 3,551.00 | Draft additional discovery requests (3.6); draft subpoena duces tecum (2.0); meet and confer with AG's office re outstanding discovery (2.0); email and serve discovery requests on Defendants (.1); review request for communications re certain DOC policies and email opposing counsel re revised request for same (.3); draft objections to plaintiff's subpoenas to Weiskopf, K&L Gates, and JPay and serve same (1.5); emails with MCC re visits with client and other inmates in preparation of depositions (.3); emails with MCC and Williams re changes to deposition schedule (.8). |
| 03/13/2025 | 6 TSK | 25 | 192 | 335.00 | | 3.90 | 3.90 | 1,306.50 | Draft letter to Nero re ▓▓▓ (3.8); emails with Sandusky re ▓▓▓ (.1). |
| 03/14/2025 | 6 TSK | 25 | 195 | 335.00 | | 6.20 | 6.20 | 2,077.00 | Extensive emails with opposing counsel re depositions and discovery (1.5); emails with MCC re deposition and meetings with client in prep for deposition (.1); research ▓▓▓ (.8); revise subpoenas duces tecum and |

Client: 2221.0001Z  BAKER/JAMALL S.   *(Continued)*

| Date | Tkpr | Tcode | Ref # | Rate | Units | Hours Worked | Hours to Bill | Amount | Description |
|---|---|---|---|---|---|---|---|---|---|
| 03/17/2025 | 6 TSK | 25 | 196 | 335.00 | | 3.20 | 3.20 | 1,072.00 | deposition notices (3.8). Revise letter to Nero for ▓▓▓ (.5); emails with MCC re deposition prep meetings with client and other inmates (.4); draft responses to Crouse's second interrogatories and requests for production and revise supplemental discovery responses (1.6); emails with opposing counsel re Kampman's deposition and subpoena (.1); call with Danni re medical procedures and conflict with deposition date (.1); call with client re ▓▓▓ (.2); amend letter to Nero with ▓▓▓ (.3). |
| 03/18/2025 | 6 TSK | 25 | 197 | 335.00 | | 0.30 | 0.30 | 100.50 | Emails with MCC and Nguyen re deposition logistics and schedules. |
| 03/20/2025 | 6 TSK | 25 | 200 | 335.00 | | 0.30 | 0.30 | 100.50 | Prepare for Crouse's deposition. |
| 03/21/2025 | 6 TSK | 25 | 201 | 335.00 | | 2.50 | 2.50 | 837.50 | Emails with MCC re inmate visits (.1); prepare for depositions of all witnesses (2.4). |
| 03/22/2025 | 6 TSK | 25 | 208 | 335.00 | | 4.80 | 4.80 | 1,608.00 | Prepare for Harris' deposition. |
| 03/23/2025 | 6 TSK | 25 | 202 | 335.00 | | 5.00 | 5.00 | 1,675.00 | Research ▓▓▓ (1.0); prepare for Crouse's deposition (4.0). |
| 03/24/2025 | 6 TSK | 25 | 203 | 335.00 | | 13.20 | 13.20 | 4,422.00 | Travel to/from MCC for witness interviews in preparation for depositions (1.2); interviews and meetings with client, Riley, Stoddard, Danni, Hood, and White (9.0); prepare for Crouse's deposition (3.0). |
| 03/25/2025 | 6 TSK | 25 | 204 | 335.00 | | 14.70 | 14.70 | 4,924.50 | Finish review of emails produced by Defendants (.8); emails with opposing counsel re subpoenaed documents from JPay and K&L Gates (.1); emails with opposing counsel re Defendants' supplemental production (.5); ex parte email with court re ▓▓▓ (.1); prepare for Crouse and Harris' depositions (13.2). |
| 03/26/2025 | 6 TSK | 25 | 207 | 335.00 | | 13.30 | 13.30 | 4,455.50 | Prepare exhibits for Harris' deposition (.6); drive to and from MCC for Crouse's deposition (1.0); take Crouse's deposition at MCC (7.0); email Williams re more documents not produced from Crouse per his deposition testimony and protective order re Stoddard's deposition (.7); prepare for Harris' deposition (4.0). |
| 03/27/2025 | 6 TSK | 25 | 209 | 335.00 | | 10.30 | 10.30 | 3,450.50 | Travel to/from MCC for Harris' deposition (1.0); take Harris' deposition (7.8); debrief with Molina re ▓▓▓ (.5); research ▓▓▓ (1.0). |
| 03/28/2025 | 6 TSK | 25 | 210 | 335.00 | | 8.80 | 8.80 | 2,948.00 | Debrief depositions with Savage and Molina (.4); draft search terms and parameters for communications re DOC policies (1.5); emails with MCC and AG's office re Danni's deposition (.1); review K&L's subpoenaed documents for privilege (1.5); draft subpoenas for documents to additional inmates (1.5); prepare for depositions next week (3.7); call with client re ▓▓▓ (.1). |
| 03/30/2025 | 6 TSK | 25 | 211 | 335.00 | | 9.50 | 9.50 | 3,182.50 | Prepare for Hoskins' deposition (7.5); prepare for Sutherland's deposition (2.0). |
| 03/31/2025 | 6 TSK | 25 | 217 | 335.00 | | 10.60 | 10.60 | 3,551.00 | Review subpoenaed documents from Hoskins (.1); take Hoskins' deposition on Zoom (3.8); review ▓▓▓ (4.2); prepare for Weiskopf's deposition (2.5). |
| 04/01/2025 | 6 TSK | 25 | 218 | 335.00 | | 9.10 | 9.10 | 3,048.50 | Research ▓▓▓ (.7); attend Weiskopf's deposition (3.0); debrief with client re ▓▓▓ (.3); prepare for Grey, Pratt, and Mills' depositions (5.1). |
| 04/02/2025 | 6 TSK | 25 | 221 | 335.00 | | 13.90 | 13.90 | 4,656.50 | Prep for Grey's deposition (3.7); take Grey's deposition (3.5); travel to/from AG's office in Everett for Grey's deposition (1.0); prepare for Mills and Pratt's depositions (5.7). |
| 04/03/2025 | 6 TSK | 25 | 222 | 335.00 | | 9.90 | 9.90 | 3,316.50 | Travel to/from MCC for Mills and Pratt's depositions (1.2); take Mills and Pratt's depositions (8.7). |
| 04/04/2025 | 6 TSK | 25 | 223 | 335.00 | | 6.00 | 6.00 | 2,010.00 | Draft deposition summaries and send to Petrak, Sandusky, and Savage (3.6); emails with opposing counsel re rescheduling Danni-Lynn's deposition, continuance of discovery motion deadline accordingly, and training records needed for all defendants (1.4); voicemails from client re ▓▓▓ (.2); call with client ▓▓▓ (.1); revise stipulated motion to move discovery completion and discovery motion deadlines (.5); emails with opposing counsel re subpoenas to inmates (.2). |
| 04/07/2025 | 6 TSK | 25 | 224 | 335.00 | | 4.30 | 4.30 | 1,440.50 | Appear for Riley's deposition (3.0); debrief with client re ▓▓▓ (.2); research ▓▓▓ (.5); revise supplemental answers to interrogatories and requests for production (.5); review final draft of defendants' motion for continuance re deposition and discovery motion deadline (.1). |
| 04/08/2025 | 6 TSK | 25 | 225 | 335.00 | | 4.90 | 4.90 | 1,641.50 | Appear for Stoddard's deposition (2.6); debrief call with client re ▓▓▓ (.2); confer with Savage re ▓▓▓ (.1); call with Parker re call for declaration on attorney-client visits (.2); draft declaration for Parker (1.7); revise supplemental answers to interrogatories (.1). |
| 04/09/2025 | 6 TSK | 25 | 226 | 335.00 | | 3.80 | 3.80 | 1,273.00 | Draft declaration for Kampmann authenticating medical records (.5); email opposing counsel re same (.1); emails with AG's office re Sutherland's deposition and subpoena to Sutherland and Kampmann (.2); review ▓▓▓ with Sandusky (.5) revise answers and responses to Crouse's second discovery requests (1.1); draft privilege log (1.1); emails with MCC and opposing counsel re Kampmann's deposition (.1); revise Parker declaration and email same to Parker (.2). |
| 04/10/2025 | 6 TSK | 25 | 229 | 335.00 | | 0.10 | 0.10 | 33.50 | Revise responses to Crouse's discovery requests. |

Client: **2221.0001Z  BAKER/JAMALL S.**  *(Continued)*

| Date | Tkpr | Tcode | Ref # | Rate | Units | Hours Worked | Hours to Bill | Amount | Description |
|---|---|---|---|---|---|---|---|---|---|
| 04/12/2025 | 6 TSK | 25 | 242 | 335.00 | | 4.70 | 4.70 | 1,574.50 | Research spoliation motions in PLRA litigation. |
| 04/13/2025 | 6 TSK | 25 | 243 | 335.00 | | 4.70 | 4.70 | 1,574.50 | Review defendants' supplemental production. |
| 04/14/2025 | 6 TSK | 25 | 232 | 335.00 | | 0.10 | 0.10 | 33.50 | Call with client re ▮▮▮. |
| 04/15/2025 | 6 TSK | 25 | 233 | 335.00 | | 5.30 | 5.30 | 1,775.50 | Appear for Danni-Lynn's deposition (4.8); draft supplemental discovery responses (.1); review declarations from other inmates for production (.1); call with Danni re deposition (.1); call with client re ▮▮▮ (.2). |
| 04/16/2025 | 6 TSK | 25 | 234 | 335.00 | | 8.80 | 8.80 | 2,948.00 | Draft ▮▮▮ (1.0); strategize spoliation motion with exhibits under seal ▮▮▮ (1.0); prepare witness list and potential exhibits (2.8); review defendants' supplemental document production (4.0). |
| 04/17/2025 | 6 TSK | 25 | 235 | 335.00 | | 3.10 | 3.10 | 1,038.50 | Review ▮▮▮ (.5); analysis of and emails with Savage and Sandusky re ▮▮▮ spoliation evidence (2.6). [Reduced to 0.6 for Fee Request] |
| 04/18/2025 | 6 TSK | 25 | 236 | 335.00 | | 2.90 | 2.90 | 971.50 | Research grounds for spoliation motion and prepare exhibits for same (2.2); review defendants' responses to seventh set of requests (.7). |
| 04/19/2025 | 6 TSK | 25 | 241 | 335.00 | | 7.70 | 7.70 | 2,579.50 | Research authority for spoliation sanctions on defendants for DOC's failure to preserve evidence (2.7); draft motion for sanctions for spoliation (5.0). |
| 04/20/2025 | 6 TSK | 25 | 237 | 335.00 | | 8.00 | 8.00 | 2,680.00 | Draft spoliation motion. |
| 04/21/2025 | 6 TSK | 25 | 238 | 335.00 | | 3.10 | 3.10 | 1,038.50 | Draft spoliation motion (1.0); meet and confer with Williams re motion for sanctions and other outstanding discovery issues (1.0); email Williams re same (1.0); call with client re ▮▮▮ (.1). |
| 04/22/2025 | 6 TSK | 25 | 239 | 335.00 | | 10.10 | 10.10 | 3,383.50 | Draft declaration in support of sanctions motion (.5); draft stipulated motion to seal (1.0); emails with Williams re meet and confer agreements and other issues related to outstanding discovery production (1.0); revise motion for sanctions to address new spoliation admissions and documents produced by opposing counsel on the same morning (4.6); draft proposed order granting motion for sanctions with findings of fact and curative instructions (3.0). |
| 04/23/2025 | 6 TSK | 25 | 244 | 335.00 | | 1.50 | 1.50 | 502.50 | Revise proposed order with authority to support sanctions. |
| 04/23/2025 | 6 TSK | 25 | 245 | 335.00 | | 0.50 | 0.50 | 167.50 | Draft praecipe re proposed order filing under seal. |
| 04/25/2025 | 6 TSK | 25 | 246 | 335.00 | | 1.30 | 1.30 | 435.50 | Review ▮▮▮. |
| 04/28/2025 | 6 TSK | 25 | 248 | 335.00 | | 0.20 | 0.20 | 33.50 | Confer with Petrak re ▮▮▮. |
| 04/29/2025 | 6 TSK | 25 | 254 | 335.00 | | 1.30 | 1.30 | 435.50 | Draft letter to court for ▮▮▮. |
| 04/30/2025 | 6 TSK | 25 | 256 | 335.00 | | 3.50 | 3.50 | 1,172.50 | Filter privilege review of emails to and from client in prison (1.0); review defendants' late supplemental production and determine outstanding discovery issues ▮▮▮ (2.5). |
| 05/01/2025 | 6 TSK | 25 | 276 | 335.00 | | 0.60 | 0.60 | 201.00 | Confer with Savage and Sandusky re ▮▮▮ (.2); confer with Petrak re ▮▮▮ (.2); emails with court reporter re Crouse video deposition (.1); confer with Savage re ▮▮▮ (.1). |
| 05/02/2025 | 6 TSK | 25 | 257 | 335.00 | | 1.20 | 1.20 | 402.00 | Emails with court reporter re video synch for Crouse's deposition (.2); draft ▮▮▮ (1.0). |
| 05/05/2025 | 6 TSK | 25 | 259 | 335.00 | | 5.00 | 5.00 | 1,675.00 | Determine deposition designations and substance of witness testimony for pretrial statement. |
| 05/06/2025 | 6 TSK | 25 | 260 | 335.00 | | 4.20 | 4.20 | 1,407.00 | Review documents for trial exhibits (3.8); call with client re ▮▮▮ (.4). |
| 05/07/2025 | 6 TSK | 25 | 265 | 335.00 | | 5.80 | 5.80 | 1,943.00 | Draft stipulated facts, questions of law, and claims for pretrial statement (3.0); research jury instructions (.8); review defendants' response to sanctions and outline reply to same (2.0). |
| 05/08/2025 | 6 TSK | 25 | 267 | 335.00 | | 4.80 | 4.80 | 1,608.00 | Draft stipulated facts and issues of law for pretrial statement (4.6); confer with Petrak re ▮▮▮ (.2). |
| 05/09/2025 | 6 TSK | 25 | 268 | 335.00 | | 10.20 | 10.20 | 3,417.00 | Review defendants' supplemental document production (4.0); finalize trial exhibits and stipulated facts in pretrial statement (2.0); research jury instructions ▮▮▮ (3.9); call from client re ▮▮▮ (.3). |
| 05/10/2025 | 6 TSK | 25 | 275 | 335.00 | | 5.60 | 5.60 | 1,876.00 | Research for motions in limine and jury instructions. |
| 05/12/2025 | 6 TSK | 25 | 271 | 335.00 | | 6.10 | 6.10 | 2,043.50 | Draft reply in support of motion for sanctions (6.0); emails with client's ▮▮▮ (.1). |
| 05/13/2025 | 6 TSK | 25 | 274 | 335.00 | | 9.30 | 9.30 | 3,115.50 | Review deposition designations in support of reply for sanctions (2.0); draft reply in support of motion for sanctions (4.1); revise declaration (.2); research and draft motions in limine (3.0). |
| 05/14/2025 | 6 TSK | 25 | 277 | 335.00 | | 6.50 | 6.50 | 2,177.50 | Confer with Savage and Sandusky re ▮▮▮ (1.0); emails with Williams re Jpay subpoena and motions in limine conferral (.2); review defendants' training guidelines and references (5.3). |
| 05/15/2025 | 6 TSK | 25 | 280 | 335.00 | | 8.30 | 8.30 | 2,780.50 | Review training powerpoints re prison safety and offender rights (1.0); call with client re ▮▮▮ (.5); research motions in limine and jury instructions ▮▮▮ (6.8). |
| 05/16/2025 | 6 TSK | 25 | 283 | 335.00 | | 7.10 | 7.10 | 2,378.50 | Review jpay subpoenaed documents for privilege and production (1.7); call from Danni re surgery in June (.1); call from Baker re ▮▮▮ (.2); research motions in limine and jury instructions ▮▮▮ (5.1). |
| 05/17/2025 | 6 TSK | 25 | 286 | 335.00 | | 9.40 | 9.40 | 3,149.00 | Research and draft motions in limine. |
| 05/18/2025 | 6 TSK | 25 | 285 | 335.00 | | 8.60 | 8.60 | 2,881.00 | Research and draft preliminary and final jury instructions. |

Client: **2221.0001Z  BAKER/JAMALL S.**   *(Continued)*

| Date | Tkpr | Tcode | Ref # | Rate | Units | Hours Worked | Hours to Bill | Amount | Description |
|---|---|---|---|---|---|---|---|---|---|
| 05/19/2025 | 6 TSK | 25 | 287 | 335.00 | | 9.10 | 9.10 | 3,048.50 | Draft motions in limine (4.6); meet and confer with Williams re motions in limine (1.1); revise motions in limine accordingly (3.4). |
| 05/20/2025 | 6 TSK | 25 | 289 | 335.00 | | 8.20 | 8.20 | 2,747.00 | Confer with Sandusky re ▓ (.2); emails with Williams re briefing schedule for motions in limine (.1); review ▓ defendants' motions in limine (7.9). |
| 05/21/2025 | 6 TSK | 25 | 294 | 335.00 | | 4.00 | 4.00 | 1,340.00 | Research ▓. |
| 05/22/2025 | 6 TSK | 25 | 292 | 335.00 | | 4.90 | 4.90 | 1,641.50 | Call with client re ▓ (.4); continue research and begin draft responses to motions in limine (3.6); emails with client's criminal attorney re ▓ (.1); research and confer with Sandusky and Savage re ▓ (.5); emails with court reporter, Ormsby, and Russell re outstanding invoices (.2); emails with Williams re transferring client and other inmate witnesses (.1). |
| 05/23/2025 | 6 TSK | 25 | 296 | 335.00 | | 3.00 | 3.00 | 1,005.00 | Research and draft responses to motions in limine (1.0); call with Merchant re ▓ (.3); review Defendants' amended pretrial statement, including designated exhibits and new witnesses (1.7). |
| 05/26/2025 | 6 TSK | 25 | 297 | 335.00 | | 3.30 | 3.30 | 1,105.50 | Draft supplemental motions in limine based on Defendants' amended pretrial statement. |
| 05/27/2025 | 6 TSK | 25 | 298 | 335.00 | | 9.10 | 9.10 | 3,048.50 | ▓ (4.7); draft supplemental motions in limine (4.7). |
| 05/28/2025 | 6 TSK | 25 | 301 | 335.00 | | 9.10 | 9.10 | 3,048.50 | Draft amended motions in limine (7.4); emails with court and Williams re oral argument on sanctions motion (.1); confer with Petrak, Savage, and Keller re ▓ (.6); research and prepare for oral argument on sanctions motion (1.0). |
| 05/29/2025 | 6 TSK | 25 | 303 | 335.00 | | 12.20 | 12.20 | 4,087.00 | Draft first amended motions in limine and confer with Sandusky, Savage, and Petrak re ▓ (3.3); emails with Williams re conferral on Plaintiff's amended motions in limine and trial subpoenas (.2); revise cover letter for trial subpoenas (.4); confer with Molina, Keller, and Taylor re ▓ (.5); review and revise proposed jury instructions (1.5); review defendants' deposition designations, identify objections, and make counter designations to depositions (6.3). |
| 05/30/2025 | 6 TSK | 25 | 305 | 335.00 | | 16.10 | 16.10 | 5,393.50 | Review defendants' deposition designations, identify objections, and make counter designations to depositions (.2); confer with Keller and Taylor re ▓ (1.0); pretrial meet and confer with Williams (2.1); revise jury instructions and pretrial statement (2.9); prepare for sanctions hearing and ▓ (2.0); final revisions to deposition designations and exhibit objections (4.6); cite check and proofread amended motions in limine and declaration (1.5). |
| 05/31/2025 | 6 TSK | 25 | 307 | 335.00 | | 3.00 | 3.00 | 1,005.00 | Continue to cite check and proof motions in limine. |
| 06/01/2025 | 6 TSK | 25 | 311 | 335.00 | | 9.10 | 9.10 | 3,048.50 | Prepare for oral argument on sanctions motion (7.9); revise pretrial statement (3.7). |
| 06/02/2025 | 6 TSK | 25 | 310 | 335.00 | | 9.20 | 9.20 | 3,082.00 | Revise argument for hearing (4.4); mock argument with Keller and Taylor (1.0); review ▓ (.5); call with Petrak re ▓ (.9); review discovery responses and emails with counsel re destruction of recordings (1.0); research alternative requests for sanctions granted under Rule 37(e)(1) (1.4). |
| 06/03/2025 | 6 TSK | 25 | 312 | 335.00 | | 10.20 | 10.20 | 3,417.00 | Final preparations for motion for sanctions (3.6); appear for hearing on motion for sanctions (1.3); debrief hearing ▓ (1.0); call with client re ▓ (.4); draft pretrial brief (3.9). |
| 06/04/2025 | 6 TSK | 25 | 313 | 335.00 | | 7.60 | 7.60 | 2,546.00 | Research cases re ▓ (6.0); draft voir dire questions (1.5); emails with opposing counsel re jury instructions and pretrial order (.1). |
| 06/05/2025 | 6 TSK | 25 | 314 | 335.00 | | 6.60 | 6.60 | 2,211.00 | Revise jury instructions and draft proposed pretrial order (6.4); emails with Rule re emergency check on client (.2). |
| 06/06/2025 | 6 TSK | 25 | 315 | 335.00 | | 6.00 | 6.00 | 2,010.00 | Conference with Taylor re ▓ (2.0); revise exhibit list and draft proposed pretrial order (4.0). |
| 06/07/2025 | 6 TSK | 25 | 316 | 335.00 | | 2.50 | 2.50 | 837.50 | Continue draft of trial brief. |
| 06/07/2025 | 6 TSK | 25 | 317 | 335.00 | | 6.00 | 6.00 | 2,010.00 | Draft trial brief. |
| 06/08/2025 | 6 TSK | 25 | 321 | 335.00 | | 3.50 | 3.50 | 1,172.50 | Draft trial brief. |
| 06/09/2025 | 6 TSK | 25 | 322 | 335.00 | | 8.30 | 8.30 | 2,780.50 | Conference with Taylor re ▓ (3.0); conference with Williams re jury instructions, verdict forms, neutral statement of case, stipulated facts, joint pretrial order, and inmate restraints at trial (1.3); revise same per conference with Williams (4.0). |
| 06/10/2025 | 6 TSK | 25 | 323 | 335.00 | | 7.00 | 7.00 | 2,345.00 | Rewrite trial brief. |
| 06/11/2025 | 6 TSK | 25 | 324 | 335.00 | | 9.40 | 9.40 | 3,149.00 | Final revisions to rewrite of pretrial brief (3.0); cite check pretrial brief (1.3); draft responses to motions in limine (3.3); call with Kastle (1.8). |
| 06/13/2025 | 6 TSK | 25 | 325 | 335.00 | | 4.00 | 4.00 | 1,340.00 | Prepare for pretrial conference (1.5); attend pretrial conference (2.5). |
| Billable Total: | | 6 TANIA SETHI KAMJULA | | | | 534.10 | 534.10 | 178,890.00 | |
| 06/02/2025 | 7 MVM | 99 | 309 | 285.00 | | 1.80 | 1.80 | 513.00 | Review first amended motions in limine. |
| 06/10/2025 | 7 MVM | 99 | 318 | 285.00 | | 2.30 | 2.30 | 655.50 | Legal research re ▓. |

| Date | Tkpr | Tcode | Ref # | Rate | Units | Hours Worked | Hours to Bill | Amount | Description |
|---|---|---|---|---|---|---|---|---|---|
| Billable Total: | | 7 M. VICTORIA MOLINA | | | | 4.10 | 4.10 | 1,168.50 | |
| 05/16/2025 | 15 MDI | 99 | 282 | 195.00 | | 1.20 | 1.20 | 234.00 | Prepare and produce responsive Jpay documents as JP000001-JP000011. |
| 05/23/2025 | 15 MDI | 99 | 295 | 195.00 | | 0.70 | 0.70 | 136.50 | Review May production documents from WA AG office for ▓▓▓▓▓. |
| Billable Total: | | 15 MARTIN D. IHLE | | | | 1.90 | 1.90 | 370.50 | |
| 03/04/2025 | 16 KDP | 99 | 179 | 550.00 | | 1.30 | 1.30 | 715.00 | Review discovery deficiency letter (1.0); email to opposing counsel regarding discovery and mediation (.3) |
| 03/11/2025 | 16 KDP | 99 | 184 | 550.00 | | 0.60 | 0.60 | 330.00 | Emails with opposing counsel regarding settlement and discovery |
| 03/12/2025 | 16 KDP | 99 | 190 | 550.00 | | 1.50 | 0.80 | 440.00 | Attend meet and confer with Kamjula and opposing counsel (1.5 -- .7 no charge) |
| 05/13/2025 | 16 KDP | 99 | 273 | 550.00 | | 1.00 | 1.00 | 550.00 | Review and revise reply on sanctions motion |
| 05/28/2025 | 16 KDP | 99 | 300 | 550.00 | | 0.30 | 0.30 | 165.00 | Conference with Kamjula regarding ▓▓▓▓▓ |
| 05/29/2025 | 16 KDP | 99 | 308 | 550.00 | | 1.50 | 1.50 | 825.00 | Further review of briefing regarding sanctions motion |
| Billable Total: | | 16 KEITH D. PETRAK | | | | 6.20 | 5.50 | 3,025.00 | |
| 03/10/2025 | 19 JTS | 99 | 188 | 195.00 | | 0.10 | 0.10 | 19.50 | Review defendants' productions made responsive to all discovery requests to determine where missing Bates numbered items are. |
| 03/11/2025 | 19 JTS | 99 | 187 | 195.00 | | 1.30 | 1.30 | 253.50 | Review client file documents from K&L Gates to determine privilege. |
| 03/12/2025 | 19 JTS | 99 | 189 | 195.00 | | 2.70 | 2.70 | 526.50 | Process plaintiff and defendant discovery production volumes and prepare database of materials for attorney document review (1.8); research ▓▓▓▓▓ (.9). |
| 03/13/2025 | 19 JTS | 99 | 193 | 195.00 | | 1.30 | 1.30 | 253.50 | Update attorney binder with discovery materials (1.1); conference with Kamjula regarding ▓▓▓▓▓ (.2). |
| 03/14/2025 | 19 JTS | 99 | 194 | 195.00 | | 1.50 | 1.50 | 292.50 | Continue research for ▓▓▓▓▓ (1.5). |
| 03/17/2025 | 19 JTS | 99 | 198 | 195.00 | | 0.50 | 0.50 | 97.50 | Search ▓▓▓▓▓ |
| 03/19/2025 | 19 JTS | 99 | 199 | 195.00 | | 0.50 | 0.50 | 97.50 | Update ▓▓▓▓▓ regarding depositions. |
| 03/20/2025 | 19 JTS | 99 | 205 | 195.00 | | 1.00 | 1.00 | 195.00 | Process defendants' supplemental production received responsive to sixth request for production (.9); process K&L Gates' materials received as potentially responsive to defendants' subpoena request (.1). |
| 03/21/2025 | 19 JTS | 99 | 206 | 195.00 | | 0.90 | 0.90 | 175.50 | Process defendants' supplemental production regarding fifth and sixth requests for production, fourth request for interrogatories, and third objections to discovery requests. |
| 03/25/2025 | 19 JTS | 99 | 212 | 195.00 | | 2.50 | 2.50 | 487.50 | Research ▓▓▓▓▓ (1.5); prepare deposition binders for Kamjula (1.0). |
| 03/26/2025 | 19 JTS | 99 | 213 | 195.00 | | 2.80 | 2.80 | 546.00 | Prepare deposition exhibits regarding Harris deposition. |
| 03/27/2025 | 19 JTS | 99 | 214 | 195.00 | | 0.10 | 0.10 | 19.50 | Process defendants' supplemental production responsive to sixth request for production by plaintiff. |
| 03/28/2025 | 19 JTS | 99 | 215 | 195.00 | | 4.00 | 4.00 | 780.00 | Conference with Kamjula regarding ▓▓▓▓▓ (.2); update deposition exhibit binder (.8); prepare materials from K&L Gates responsive to subpoena for production (2.8); produce K&L Gates documents responsive to subpoena request (.2). |
| 03/31/2025 | 19 JTS | 99 | 216 | 195.00 | | 5.50 | 5.50 | 1,072.50 | Compile and review materials ▓▓▓▓▓ regarding spoliation of evidence issue (.8); prepare privilege log regarding K&L Gates production responsive to subpoena (4.7). |
| 04/01/2025 | 19 JTS | 99 | 219 | 195.00 | | 1.80 | 1.80 | 351.00 | Conduct research ▓▓▓▓▓ |
| 04/02/2025 | 19 JTS | 99 | 220 | 195.00 | | 1.90 | 1.90 | 370.50 | Compile materials for Kamjula review regarding ▓▓▓▓▓ (.6); continue drafting privilege log regarding K&L Gates subpoena production (.8); process defendants' supplemental production to sixth request for production (.5). |
| 04/08/2025 | 19 JTS | 99 | 227 | 195.00 | | 4.00 | 4.00 | 780.00 | Process Harris and Crouse deposition transcripts and exhibits (3.0); compile ▓▓▓▓▓ regarding spoliation ▓▓▓▓▓ (1.0). |
| 04/09/2025 | 19 JTS | 99 | 228 | 195.00 | | 3.90 | 3.90 | 760.50 | Process Harris deposition video and Hoskins deposition transcripts and exhibits (.8); cite check declaration of Kampmann regarding authenticity of medical records (.2); prepare documents for plaintiff's fourth supplemental discovery response and redact personal information from medical records (2.9). |
| 04/10/2025 | 19 JTS | 99 | 230 | 195.00 | | 1.90 | 1.90 | 370.50 | Process Weiskopf deposition transcripts and exhibits (.8); prepare plaintiff's fourth production responsive to Crouse request for production (.8); compile ▓▓▓▓▓ (.3). |
| 04/11/2025 | 19 JTS | 99 | 231 | 195.00 | | 4.20 | 4.20 | 819.00 | Continue analyzing ▓▓▓▓▓ (3.9); process defendants' production responsive to plaintiff's second interrogatories and seventh request for production (.3). |
| 04/14/2025 | 19 JTS | 99 | 250 | 195.00 | | 0.80 | 0.80 | 156.00 | Process to Cloud9 defendants' March 27 and April 11 productions. |
| 04/15/2025 | 19 JTS | 99 | 251 | 195.00 | | 1.70 | 1.70 | 331.50 | Finalize production and cite check declaration (1.1); process video deposition files regarding Hoskins (.6). |
| 04/16/2025 | 19 JTS | 99 | 253 | 195.00 | | 6.20 | 6.20 | 1,209.00 | Process Grey deposition exhibits and transcripts (.7); update Kamjula discovery binder (1.2); review transcripts and discovery responses regarding ▓▓▓▓▓ (4.3). |
| 04/17/2025 | 19 JTS | 99 | 252 | 195.00 | | 3.30 | 3.30 | 643.50 | Process April 11 production regarding Sutherland and Kampmann |

Client: **2221.0001Z**  BAKER/JAMALL S.   (Continued)

| Date | Tkpr | Tcode | Ref # | Rate | Units | Hours Worked | Hours to Bill | Amount | Description |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | documents. |
| 04/22/2025 | 19 JTS | 99 | 240 | 195.00 | | 7.70 | 7.70 | 1,501.50 | Process deposition transcripts and exhibits regarding Mills, Grey and Pratt (1.0); cite check motion for sanctions regarding spoliation of evidence and prepare exhibits to be filed under seal (6.7). |
| 04/23/2025 | 19 JTS | 99 | 249 | 195.00 | | 1.30 | 1.30 | 253.50 | Process defendants' supplemental production responsive to sixth request for production (.3); cite check proposed order granting motion for sanctions (.6); process Stoddard deposition transcripts (.4). |
| 04/28/2025 | 19 JTS | 99 | 247 | 195.00 | | 0.50 | 0.50 | 97.50 | Process defendants' supplemental production responsive to seventh request for production. |
| 04/30/2025 | 19 JTS | 99 | 255 | 195.00 | | 1.70 | 1.70 | 331.50 | Update deposition binder for Kamjula. |
| 05/01/2025 | 19 JTS | 99 | 258 | 195.00 | | 1.70 | 1.70 | 331.50 | Conference with Kamjula regarding ▮▮▮▮▮ (.5); prepare deposition materials to be mailed to client (1.2). |
| 05/02/2025 | 19 JTS | 99 | 261 | 195.00 | | 6.10 | 6.10 | 1,189.50 | Process Crouse deposition video (.4); document review of ▮▮▮▮▮ (3.5); prepare public records for production responsive to defendants' discovery requests (.7); prepare Love XOX subpoena responses for production and send materials via secure file share (.8); process Jpay records produced responsive to plaintiff's subpoena request and begin document review for privileged materials (.7). |
| 05/05/2025 | 19 JTS | 99 | 262 | 195.00 | | 3.60 | 3.60 | 702.00 | Continue Jpay document review for privileged materials. |
| 05/06/2025 | 19 JTS | 99 | 263 | 195.00 | | 2.50 | 2.50 | 487.50 | Process defendants' supplemental productions responsive to plaintiff's discovery request regarding training materials (1.0); compile potential trial exhibits for Kamjula review (1.2); conference with Kamjula regarding ▮▮▮▮▮ (.3). |
| 05/07/2025 | 19 JTS | 99 | 264 | 195.00 | | 0.30 | 0.30 | 58.50 | Process defendants' supplemental production regarding training materials and responses to sixth requests for production by plaintiff. |
| 05/08/2025 | 19 JTS | 99 | 266 | 195.00 | | 6.60 | 6.60 | 1,287.00 | Draft trial deposition designations and begin preparing designations (3.2); begin preparation of exhibits to Kamjula declaration in support of reply regarding motion for sanctions (3.4). |
| 05/09/2025 | 19 JTS | 99 | 269 | 195.00 | | 6.10 | 6.10 | 1,189.50 | Review Pratt deposition Errata sheet (.3); begin compiling exhibits to reply regarding motion for sanctions (.8); continue drafting and preparing exhibits to pre-trial statement (5.0). |
| 05/12/2025 | 19 JTS | 99 | 270 | 195.00 | | 5.20 | 5.20 | 1,014.00 | Continue preparing exhibits regarding motion for sanctions: Weiskopf deposition transcript excerpts (.9); Harris deposition transcript excerpts (1.1); Crouse deposition transcript excerpts (1.9); compile selected production materials (.1); compile all dockets for Baker litigation post-2012 (1.2). |
| 05/13/2025 | 19 JTS | 99 | 272 | 195.00 | | 5.90 | 5.90 | 1,150.50 | Conference with Kamjula regarding declaration exhibits in support of motion to compel and for sanctions (.2); prepare video exhibits files for Court copies (1.9); cite check reply in support of motion for sanctions and prepare exhibits to Kamjula declaration (3.8). |
| 05/14/2025 | 19 JTS | 99 | 278 | 195.00 | | 3.30 | 3.30 | 643.50 | Prepare working copies of reply in support of sanctions and physical media exhibits for Court (.7); prepare physical media for electronic service to defense counsel (.3); research ▮▮▮▮▮ (2.3). |
| 05/15/2025 | 19 JTS | 99 | 279 | 195.00 | | 0.70 | 0.70 | 136.50 | Conference with Kamjula and Sandusky regarding ▮▮▮▮▮ (.4); conference with Sandusky regarding ▮▮▮▮▮ (.3). |
| 05/19/2025 | 19 JTS | 99 | 284 | 195.00 | | 3.70 | 3.70 | 721.50 | Cite check jury instructions, motions in limine, and prepare exhibits to Kamjula declaration. |
| 05/20/2025 | 19 JTS | 99 | 288 | 195.00 | | 0.50 | 0.50 | 97.50 | Meeting with Kamjula regarding ▮▮▮▮▮. |
| 05/21/2025 | 19 JTS | 99 | 291 | 195.00 | | 5.90 | 5.90 | 1,150.50 | Process defendants' pre-trial statement and deposition designations and prepare same for attorney review (3.0); prepare detailed analysis of production data to upload to CloudNine (.5); prepare defendants' supplemental productions for attorney review (2.4). |
| 05/22/2025 | 19 JTS | 99 | 293 | 195.00 | | 2.80 | 2.80 | 546.00 | Compile defendants' trial exhibits. |
| 05/23/2025 | 19 JTS | 99 | 299 | 195.00 | | 4.40 | 4.40 | 858.00 | Research ▮▮▮▮▮ (3.2); process defendants' supplemental production of missing Bates numbers (1.2). |
| 05/28/2025 | 19 JTS | 99 | 302 | 195.00 | | 3.60 | 3.60 | 702.00 | Prepare hearing binder for Kamjula regarding motion for sanctions hearing. |
| 05/30/2025 | 19 JTS | 99 | 304 | 195.00 | | 4.90 | 4.90 | 955.50 | Conference with Kamjula regarding ▮▮▮▮▮ (.3); pre-trial conference meeting (1.0); cite check motions in limine and prepare exhibits to Kamjula declaration (3.6). |
| Billable Total: | | 19 JESSICA T. SAVAGE | | | | 133.40 | 133.40 | 26,013.00 | |
| 05/14/2025 | 23 BJE | 99 | 281 | 235.00 | | 1.00 | 1.00 | 235.00 | Review ▮▮▮▮▮ for Sandusky. |
| 05/21/2025 | 23 BJE | 99 | 290 | 235.00 | | 1.00 | 1.00 | 235.00 | Prepare ▮▮▮▮▮ for new production. |
| 06/12/2025 | 23 BJE | 99 | 319 | 235.00 | | 12.00 | 12.00 | 2,820.00 | Prepare ▮▮▮▮▮ |
| 06/14/2025 | 23 BJE | 99 | 320 | 235.00 | | 1.00 | 1.00 | 235.00 | Prepare Trial Director ▮▮▮▮▮. |
| Billable Total: | | 23 BRAULIO J. ESPINOZA | | | | 15.00 | 15.00 | 3,525.00 | |
| **Total Billable Fees** | | | | | | 700.90 | 700.20 | 216,867.00 | |

Client: **2221.0001Z BAKER/JAMALL S.** *(Continued)*

### R E C A P

| | | | | | |
|---|---|---|---|---|---|
| Fees: | 216,867.00 | | | | |
| Expenses: | 0.00 | Previous Balance: | 0.00 | | |
| Advances: | 0.00 | Payments/Credits: | 0.00 | | |
| **Total WIP:** | 216,867.00 | **Balance Due:** | 0.00 | **Total:** | 216,867.00 |
| Other WIP: | Hours: 473.30 | Fees: 153,783.50 | Exps: 10,824.58 | Advs: 18,761.11 | |

| A/R: | 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|---|---|---|---|---|---|---|
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |